**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STAR MARK MANAGEMENT, INC., a New York corporation, GREAT MARK CORPORATION, a New York corporation, and JIMMY ZHAN a/k/a YI Q. ZHAN, individually and on behalf of Star Mark Management, Inc. and Great Mark Corporation,** | |
| ***Plaintiffs,*** | 07 Civ. 3208 (KAM)(SMG) |
| **-against-** | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND POST-JUDGMENT INTEREST** |
| **KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company organized under the laws of Hong Kong,** | |
| ***Defendant.*** | |

**PLEASE TAKE NOTICE THAT** pursuant to the Memorandum & Order entered and filed by this Court on September 8, 2009, the undersigned attorneys for Defendant Koon Chun Hing Kee Soy & Sauce Factory, Ltd. will move before the Honorable Kiyo A. Matsumoto, United States District Judge, at 225 Cadman Plaza East, Brooklyn, New York on a date to be determined by the Court, for an Order granting Koon Chun its (i) reasonable attorneys' fees and expenses, jointly and severally against Plaintiffs Star Mark Management, Inc., Great Mark Corporation, Jimmy Zhan a/k/a Yi Q. Zhan and Plaintiffs' attorney, Bing Li, in the amount of $156,652.51, plus pre-judgment interest as part of attorneys' fees and expenses award in the amount of $5,5974.81, for a total award of $162,247.32 if judgment is entered on or about November 2, 2009; (ii) post-judgment interest; and (iii) such other relief as this Court may deem just and proper.

This motion is based upon the accompanying Memorandum as well as the accompanying declarations of Raymond Chan and Anthony A. Coppola and the accompanying exhibits.

Dated: September 30, 2009

ABELMAN FRAYNE & SCHWAB

/s/Anthony A. Coppola

Anthony A. Coppola (AC 3548)
Richard L. Crisona (RC 2203)
John H. Choi (JC 1286)
666 Third Avenue
New York, New York, 10017
(212) 949-9022

*Counsel for Defendant*