UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STAR MARK MANAGEMENT, INC., a New York
corporation, GREAT MARK CORPORATION, a
New York Corporation, and JIMMY ZHAN
a/k/a YI Q. ZHAN, individually and on
behalf of Star Mark Management, Inc.,
and Great Mark Corporation,

                         *Plaintiffs,*

  -against-

KOON CHUN HING KEE SOY & SAUCE
FACTORY, LTD. a company organized
under the laws of Hong Kong,

                         *Defendant.*
-------------------------------------------------------------------X

JUDGMENT
07-CV- 3208 (KAM)

      A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on November 23, 2010, denying defendant's motion for reconsideration of the Court's Order of September 30, 2010; and directing the Clerk of Court to enter judgment in accordance with the Court's Order of September 30, 2010; adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated September 9, 2010; denying the parties' objections with the exceptions that, based upon the showing of financial hardship by plaintiffs and their attorney, the total sanction is reduced to $10,000.00, comprised of $9,939.61 in attorneys' fees and $60.39 in costs; and no pre-judgment interest is awarded; it is

      ORDERED and ADJUDGED that defendant's motion for reconsideration of the Court's Order of September 30, 2010 is denied; and that it is further,

Page 2

JUDGMENT
07-CV- 3208 (KAM)

   ORDERED and ADJUDGED that judgment is hereby entered in accordance with the Court's Order of September 30, 2010; that the parties objections are denied with the exception that, based upon the showing of financial hardship by plaintiffs and their attorney, the total sanction is reduce to $10,000.00, comprised of $9,939.61 in attorneys' fees and $60.39 in costs; and that no pre-judgment interest is awarded.

Dated: Brooklyn, New York
   December 01, 2010

                 ROBERT C. HEINEMANN
                 Clerk of Court