# YUEN ROCCANOVA SELTZER & SVERD P.C.
## Attorneys at Law

| | | |
|---|---|---|
| JOSEPH T. ROCCANOVA<br>STEVEN SELTZER<br>PETER E. SVERD<br>---------------------<br>JACOB E. LEWIN ✧<br><br>*Of Counsel:*<br>PO W. YUEN<br>VERONICA YUEN<br>✧*also admitted in NJ* | 132 Nassau Street<br>Suite 1300<br>New York, N.Y. 10038<br>Phone:     (212) 608-1178<br>Facsimile*: (212) 608-2913<br>*Facsimile not for service of Process* | LONG ISLAND OFFICE<br>149 Main Street<br>Huntington, N.Y. 11743<br>Phone:     (631) 239-5297<br>Facsimile: (631) 421-4483 |

July 24, 2012

The Honorable Kiyo A. Matsumoto
U.S. District Court, Eastern District of New York
225 Cadman Plaza E.
Brooklyn, New York 11201

   Re:  Star Mark Management, Inc. et al v. Koon Chun Hing Kee Soy & Sauce Factory, Ltd.
       1:07-cv-03208-KAM-SMG

Dear Honorable Matsumoto,

     We represent defendant, Koon Chun Hing Kee Soy & Sauce Factory, Ltd. ("Koon Chun") in the above action. Pursuant to Your Honor's June 19, 2012 Order (a copy of which is attached as Exhibit "A") and the instructions of this Court's Finance Department, we write to request that this Court issue an order directing The Eastern District of New York's Finance Department to release to our office the $10,000 in funds previously deposited with the Court by Bing Li, Esq. and/or the Law Offices of Bing Li, LLC (the "non-parties"). Pursuant to the Court's June 19, 2012 Order, the Clerk of the Court was "directed to release to defendant the funds deposited by the non-parties with the Clerk's Registry, with interest earned." However, when we presented the June 19, 2012 Order to the Clerk of the Court, we were advised that a further order would be required specifically directing Eastern District of New York's Finance Department to release the funds.

     Accordingly, we respectfully request that this Court direct Eastern District of New York's Finance Department to release the funds previously deposited by the non-parties with the Clerk's Registry, with interest earned, via a check payable to YUEN ROCCANOVA SELTZER & SVERD P.C., as Koon Chun's attorneys of record.

We thank the Court for its attention to this matter.

                                                Respectfully,

                                                /s/

                                              Joseph T. Roccanova

Encl.